UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

IN THE MATTER OF THE REASSIGNMENT OF
RELATED AND COGNATE COVID-19 VACCINE CASES

_____/

Amended Administrative
Order No. 23-CA-037

WHEREAS Magistrate Judge Phillip J. Green has found that the following cases involving religious challenges to mandatory COVID-19 vaccine policies are related to each other and to other pending cases assigned to Judge Beckering and Magistrate Judge Green, *see* W. D. MICH. LCIVR. 3.3.1(d)(iii), and/or that the respective cases are cognate, *see* W. D. MICH. LCIVR. 3.3.2(c):

> *Challender v. Northwest Michigan Surgery Center, LLC*, Case No. 1:22-cv-0459-PLM;
>
> *Estkowski v. Cancer and Hematology Centers of Western Michigan*, Case No. 1:22-cv-0921-RJJ;
>
> *Jing v. ikaSystems Corp.,* Case No. 1:22-cv-1104-PLM;
>
> *Skrede v. United Wisconsin Insurance*, Case No. 1:22-cv-1121-RJJ;
>
> *Brown v. Cherry Street Services, Inc.,* Case No. 1:22-cv-1205-PLM;
>
> *Kemppainen v. Aspirus Network, Inc.*, Case No. 2:22-cv-0190-RJJ; and
>
> *Sebolt v. The American Youth Foundation*, Case No. 1:23-cv-0250-HYJ.

WHEREAS Magistrate Judge Green has recommended that these cases be reassigned to Judge Beckering, who was assigned to the earliest-filed of these cases.

WHEREAS the affected judges have consented to the reassignment.

WHEREAS the undersigned has concluded that the above-referenced cases should be reassigned.

**IT IS HEREBY ORDERED** that the Clerk of Court shall reassign the above-referenced cases to Judge Beckering under the approved procedure.

Further,

WHEREAS Magistrate Judge Green has recommended that he be assigned to the cases raising religious challenges to mandatory COVID-19 vaccine policies to promote judicial efficiencies.

WHEREAS the undersigned has concluded that Magistrate Judge Green should be assigned to the COVID-19 vaccine cases assigned to Judge Beckering.

**IT IS HEREBY FURTHER ORDERED** that the Clerk of Court shall reassign the following cases to Magistrate Judge Green under the approved procedure:

> *Estkowski v. Cancer and Hematology Centers of Western Michigan*, Case No. 1:22-cv-0921;
>
> *Brown v. Cherry Street Services, Inc.,* Case No. 1:22-cv-1205;
>
> *Kemppainen v. Aspirus Network, Inc.*, Case No. 2:22-cv-0190;
>
> *Albright v. Ascension Michigan*, Case No. 1:22-cv-0638;
>
> *Altvater v. Hospice of Holland*, Case No. 1:22-cv-1198;
>
> *Tostige v. United Parcel Service*, Case No. 1:22-cv-0665; and
>
> *Sebolt v. The American Youth Foundation*, Case No. 1:23-cv-0250.

**IT IS FURTHER ORDERED** that Magistrate Judge Green shall review all subsequently filed cases raising religious challenges to mandatory COVID-19 vaccine policies to determine whether they are related or cognate under the Court's local rules.

**IT IS FURTHER ORDERED** that another case shall be assigned to the undersigned, three additional cases shall be assigned to Judge Maloney, and three additional cases shall be assigned to Judge Jonker, according to the approved procedure.

**IT IS FURTHER ORDERED** that a copy of this Administrative Order shall be filed in each of the above-listed cases, as well as any subsequent related or cognate case.

Order amended to include *Challender v. Northwest Michigan Surgery Center, LLC*, Case No. 1:22-cv-0459-PLM.

FOR THE COURT:

Dated: March 28, 2023

HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE