**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

PAULA CALTRIDER,

        Plaintiff,

v.

TEVA SALES AND MARKETING, INC.,

        Defendant.

Case No.  1:23-cv-00536

Hon. Jane M. Beckering
Magistrate Judge Phillip J. Green

---

## PLAINTIFF'S ACCEPTANCE OF DEFENDANT'S OFFER OF JUDGMENT

    Plaintiff Paula Caltrider ("Plaintiff"), by and through her attorneys, Hurwitz Law PLLC,

hereby accepts Defendant's October 17, 2025 Offer of Judgment, *see* Exhibit A.

        Respectfully Submitted,

        HURWITZ LAW PLLC

        */s/ Noah S. Hurwitz*
        Noah S. Hurwitz (P74063)
        *Attorneys for Plaintiff*
        340 Beakes St., Suite 125
Dated: October 24, 2025        Ann Arbor, MI 48104

1

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing was served upon the attorney(s) of record for all parties by submitting the document through the ECF filing system on October 24, 2025:

/s/ Noah S. Hurwitz
Noah S. Hurwitz