## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

|  | : |  |
|---|---|---|
| PAULA CALTRIDER | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. 1:23-cv-536-JMB-PJG |
| | : | |
| v. | : | |
| | : | |
| TEVA SALES AND MARKETING, INC., | : | |
| | : | |
| Defendant. | : | |
| | : | |

## **OFFER OF JUDGMENT**

1.      Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant, Teva Sales and Marketing, Inc., by and through its undersigned legal counsel, hereby offers to allow judgment to be taken against it in this action and in favor of Plaintiff, Paula Caltrider, in the total amount of Four Hundred Thousand Dollars ($400,000.00), inclusive of all costs, including reasonable attorney's fees as part of the costs.

2.      This amount shall be considered full satisfaction of all demands set forth by the First Amended Complaint and Jury Demand in this action.

3.      This offer is made solely for the purposes specified in Rule 68 of the Federal Rules of Civil Procedure.  It is not to be construed as an admission that Defendant is liable in this action.  Nor shall it preclude Defendant from presenting any defense in this or any future lawsuit, administrative proceeding, or other action.

4.      Defendant makes this offer pursuant to the provisions in Fed. R. Civ. P. 68 which state that an offer not accepted within 14 days after service shall be deemed withdrawn.

10/17/2025 SL1 3819837v1 030421.00826

**STEVENS & LEE, P.C.**

*/s/ Brad M. Kushner*
Brad M. Kushner, Esq.
Alexander V. Batoff, Esq.
620 Freedom Business Center
Suite 200
King of Prussia, PA 19406
T: 215-751-1949
F: 610-371-7906
brad.kushner@stevenslee.com
alexander.batoff@stevenslee.com

*Attorneys for Defendant*
*Teva Sales and Marketing, inc.*

Dated: October 17, 2025

2

10/17/2025 SL1 3819837v1 030421.00826

<u>**CERTIFICATE OF SERVICE**</u>

I, Brad M. Kushner, certify that on this date, a copy of the foregoing Offer of Judgment

was served upon the following counsel for Plaintiff via electronic mail:

HURWITZ LAW PLLC
Noah S. Hurwitz, Esq.
Kara F. Krause, Esq.
340 Beakes St. STE 125
Ann Arbor, MI 48104
(844) 487-9489
noah@hurwitzlaw.com
kara@hurwitzlaw.com

MARKO LAW, PLLC
Jonathan R. Marko, Esq.
Michael L. Jones, Esq.
220 W. Congress, 4th Fl.
Detroit, MI 48226
(313) 777-7529
jon@markolaw.com
michael@markolaw.com

*Attorneys for Plaintiff Paula Caltrider*

Dated: October 17, 2025                    **STEVENS & LEE, P.C.**

By:    */s/ Brad M. Kushner*
        Brad M. Kushner, Esq.

10/17/2025 SL1 3819837v1 030421.00826